PD-0611-17

Cause No. _____

Julian Pesina Gutierrez, III.
   Appellant;

    vs,

The State of Texas;
   Appellee.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2017

Deana Williamson, Clerk

## PETITION FOR DISCRETIONARY REVIEW

FROM the Court of Appeals, Fifth District of Texas at Dallas.

May it Please the Court:

This represents a Petition for Discretionary Review, being filed with the Texas Court of Criminal Appeal, seeking judicial review of an adverse decision

of the Fifth District Court of Appeals at Dallas, Texas, wherein that Honorable Court upheld the conviction and sentence of the Criminal District Court Number 6 of Dallas County, Texas. The trial Cause Number is F14-60200-X.

The Texas Court of Appeals for the Fifth District of Texas issued their Memorandum Opinion on May 31, 2017. In that Opinion, that Honorable Court affirmed and modified the trial court's ruling, namely, that the trial court assessed punishment, that the appellant pleaded True to one enhancement paragraph and the trial court found the enhancement paragraph true, and to modify the section entitled "degree of offense" to show "2nd degree felony".

It should be noted that appellant timely filed a request with the Court of Appeals for the Fifth District for appellant to be able to file a pro se Brief with that Honorable Court to argue the

(2)

Sole issue of "The Weight of the Evidence Was Not Legally Sufficient to Support a Conviction" — the sole issue presented at the Motion For New Trial. However, because appellant had counsel — whom appellant argues was pro forma counsel — the Fifth District Court of Appeals did not permit such a filing of a pro se Brief.

In this Petition For Discretionary Review, appellant is invoking this Honorable Court's supervisory powers to either:

a) sue sponta review this matter and make the legal and factual determination that due to the victim not identifying appellant as the assailant that [NJo rational trier of fact could have found the appellant guilty of robbery, thus "the weight of the evidence was not ~~legally~~ sufficient to support a conviction;

(3)

b) accept discretionary review and permit full briefing on the matter, either with appointed counsel (new) or permit appellant to proceed pro se; or

c) remand this matter back to the Fifth District Court of Appeals at Dallas, with instructions for that Honorable Court to permit and thus Order Briefing on this sole issue that was preserved, namely, "Was the evidence [legally] sufficient to support a conviction". Such should be conducted with the same counsel or by appellant pro se (with 30 days wherein to file the Brief).

As stated, this Honorable Court has the discretionary and supervisory powers to order either named supra to ensure appellant's rights are

(4)

preserved and in the ends of justice.

Pursuant to Rule 68 of the Rules of Appellate Procedure; a copy of the Memorandum Opinion is hereby attached.

It is so prayed.

Respectfully;

X _Gutierrez III_

Julian P. Gutierrez; III.

## Certificate of Service

I hereby certify that the foregoing Petition for Discretionary Review and attached Memorandum Opinion has been given to the prison mailroom authorities on this the ___7th___ day of November, 2017. with prepaid postage affixed; being mailed to: Clerk of the Court; P.O. Box 12308; Austin; Tx. 78711

Respectfully;

X _Gutierrez III_

Julian P. Gutierrez; III.

Affirmed as Modified; Opinion Filed May 31, 2017.



In The

## Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-16-00755-CR

---

JULIAN PESINA GUTIERREZ III, Appellant
V.
THE STATE OF TEXAS, Appellee

---

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F14-60200-X

---

# MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Evans
Opinion by Justice Evans

Julian Pesina Gutierrez III appeals his conviction for robbery. In a single issue, appellant contends the judgment should be modified to show the trial court assessed punishment. We modify the trial court's judgment and affirm as modified.

Appellant was indicted for aggravated robbery with a deadly weapon, a knife. A jury convicted appellant of the lesser-included offense of robbery. During the punishment phase, appellant pleaded true to one enhancement paragraph. After finding the enhancement paragraph true, the trial court assessed punishment at twenty years' imprisonment. The trial court's judgment incorrectly reflects the punishment was assessed by the jury. Therefore, we sustain appellant's sole issue. We modify the judgment to show the punishment was assessed by the trial court. See TEX. R. APP. P. 43.2(b); Bigley v. State, 865 S.W.2d 26, 27–28 (Tex. Crim. App.

1993) (courts of appeals have authority to modify a judgment); *see also Estrada v. State*, 334 S.W.3d 57, 63–64 (Tex. App.—Dallas 2009, no pet.).

In a cross-point, the State contends the judgment should be also modified to show appellant pleaded true to one enhancement paragraph and the trial court found the enhancement paragraph true. The trial court's judgment incorrectly shows "N/A" for the plea and findings on the enhancement paragraph. We also note the judgment incorrectly shows the degree of the offense is "1st degree felony." Robbery is a second-degree felony offense. Accordingly, we modify the sections of the judgment entitled "plea to 1st enhancement paragraph" and "findings on 1st enhancement paragraph" to show "True," and modify the section entitled "degree of offense" to show "2nd degree felony." *Bigley*, 865 S.W.2d at 27–28; *Estrada*, 334 S.W.3d at 63–64.

As modified, we affirm the trial court's judgment.

/David W. Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
160755F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JULIAN PESINA GUTIERREZ III,
Appellant

No. 05-16-00755-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F14-60200-X.
Opinion delivered by Justice Evans. Justices
Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Degree of Offense" is modified to show "2nd Degree Felony."

The section entitled "Plea to 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Punishment Assessed By" is modified to show "Court."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 31st day of May, 2017.

Julian P. Gutierrez III
#2063107 G.2.15
Bradshaw Unit
P.O. Box 9000
Henderson, Tx. 75653

Priv...
Not In
Deten...
Justice...
Institut...

To: Clerk of the Court
P.O. Box 12308
Austin, Tx. 78711